United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-11673-elf
Rima L. Thomas                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2                    Date Rcvd: Dec 06, 2017
                              Form ID: pdf900         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db            +Rima L. Thomas,    6464 Matthews Street,    Philadelphia, PA 19119-3923
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr             Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
13689096      +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
13769053       Deutsche Bank National Trust Company, As etal,    America's Servicing Company,
                Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,,    Eagan, MN 55121-7700
13689097       Internal Revenue Service,    Attn: Special Procedures,    6th and Arch Streets,
                Philadelphia, PA 19106
13695655       Internal Revenue Service,    Attn: Special Procedures,    6th and Arch Street,
                Philadelphia, PA 19106
13689098      +Medical Data Systems I,    645 Walnut St Ste 5,   Gadsden, AL 35901-4173
13689100      +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13873209      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:49     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2017 01:35:21
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2017 01:35:42     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13783609       E-mail/Text: bankruptcy@phila.gov Dec 07 2017 01:35:49     City of Philadelphia,
                Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1595
13689099      +E-mail/Text: bankruptcygroup@peco-energy.com Dec 07 2017 01:35:13     PECO,
                2301 Market Street,   Philadelphia, PA 19103-1380
13689101      +E-mail/Text: nod.referrals@fedphe.com Dec 07 2017 01:35:04     Phelan, Hallinan and Schmieg,
                1617 J.F.K. Blvd, Suite 1400,    Philadelphia, PA 19103-1814
13689102       E-mail/Text: james.feighan@phila.gov Dec 07 2017 01:36:09     Water Revenue Bureau,
                1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Rima L. Thomas dmo160west@gmail.com, davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, et.
               al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee,
               et. al. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Dec 06, 2017
                              Form ID: pdf900          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-through Certificates, Series 2007-HE6 bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee, et. al. bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                                                                                         TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RIMA L. THOMAS					Chapter 13

				Debtor		Bankruptcy No. 16-11673-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: December 6, 2017**       _____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
RIMA L. THOMAS

6464 MATTHEWS STREET

PHILADELPHIA, PA 19119-